**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6486**

_____

RICHARD B. GLAWSON,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. John Preston Bailey, District Judge. (5:21-cv-00022-JPB-JPM)

_____

Submitted: June 29, 2021                               Decided: July 2, 2021

_____

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard B. Glawson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard B. Glawson appeals the district court's order dismissing his complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glawson v. United States*, No. 5:21-cv-00022-JPB-JPM (N.D. W. Va. Mar. 8, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*